———————————

No. 96-1813NI

———————————

In re: Floyd Douglas Grimm,      *
                                 *
            Debtor,              *
                                 *
—————————————————                *
                                 *
Habbo G. Fokkena,                *    Appeal from the United States
                                 *    District Court for the Northern
            Appellee,            *    District of Iowa.
                                 *
    v.                           *        [UNPUBLISHED]
                                 *
Floyd Douglas Grimm,             *
                                 *
            Appellant.           *

                           ———————————

            Submitted:  November 22, 1996

              Filed:  November 27, 1996
                           ———————————

Before FAGG, WOLLMAN, and HANSEN, Circuit Judges.
                           ———————————

PER CURIAM.

    On appeal, Floyd Douglas Grimm contends the bankruptcy court improperly denied Grimm's discharge.  Having reviewed the record and the parties' briefs, we conclude Grimm is not entitled to relief.  In our view, there is sufficient evidence to support the bankruptcy court's fact-findings and no error of law appears.  We affirm.  See 8th Cir. R. 47B.

    A true copy.


        Attest:


            CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.